# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Zakii Tawwab Wahiid
(Full name under which you were convicted)

K52467
(Prison Number)

MT. Sterling Corr. Center
(Place of Confinement)

Docket No. 07-867-JPG
(To be supplied by Clerk)

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2254
## BY A PERSON IN STATE CUSTODY

Zakii Tawwab Wahiid, Petitioner
(Full name under which you were convicted)

vs.

People of the State, Kane County Prison Review Board, et al. Respondent
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner),

and (when applicable)

The Attorney General of the State of _____.

(6)

Rev. 8/96

by a letter is a separate ground for possible relief. YOU MAY RAISE ANY ADDITIONAL GROUND(S). However, you should raise in this Petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of the listed grounds. If you select one or more of these grounds for relief or any other ground(s), you must allege FACTS. The Petition may be returned to you if you merely check the ground(s) listed below.

- a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and consequences of the plea.

- b) Conviction obtained by used of coerced confession.

- c) Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

- d) Conviction obtained by a violation of the privilege against self-incrimination.

- e) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

- f) Conviction obtained by a violation of the protection against double jeopardy.

- g) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

- h) Denial of effective assistance of counsel.

- I) Denial of right of appeal.

## PETITION

1. **Institutional Address:** MT. STERLING CORR. CENTER R.R. #4 Box 96 MT. STERLING, ILL. 62353

2. **Court:** Name and location of Court in which the conviction you are challenging was obtained: CIRCUIT COURT 16th JUDICIAL CIRCUIT KANE COUNTY, ILLINOIS

3. **Judge(s):** Trial Judge JAMES T. DOYLE
Sentencing Judge JAMES T. DOYLE

4. **Date:**  What was the date of your conviction? April 11, 2001

5. **Crime:**
   a) Of what crime(s) were you convicted? Aggravated Robbery

   b) Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
   Yes ( )     No (X)

   If yes, explain: N/A

6. **Lawyer:** Who was your lawyer?
   a) At preliminary hearing CAN'T REMEMBER NAME
   b) At arraignment and plea Beth Peccarelli
   c) At trial Beth Peccarelli
   d) At sentencing Beth Peccarelli
   e) On direct appeal Paul Rogers
   f) In any post-conviction proceeding PRO-SE
   g) On appeal from any adverse ruling in a post-conviction proceedings
   N/A

7. **Plea:**
   a) What your conviction a result of a guilty plea or plea of nolo contendere? (Check one)
   ✓ Yes, guilty plea
   __ Yes, nolo contendere
   __ No

   b) What was the date of your plea? Feb. 01, 2001

   c) If you pleaded guilty to one count or one indictment, and pleaded not guilty or nolo contendere to another, give details: N/A

Rev. 8/96

- 4 -

(8)

8.  **Sentence:**   What was your sentence? 15 YEARS

9.  **Trial:**   a)   What kind of trial?
           _____ Jury       ✓ Judge without a jury

       b)   Did you testify at the trial? ✓ Yes __ No

10. **Appeal(s):**   a)   Did you appeal your criminal conviction? ✓ Yes __ No

       b)   If you did appeal, answer the following:

           Name and location of Court to which you first appealed APPELLATE COURT, SECOND JUDICIAL DIST. ELGIN, ILL.
           Date Notice of Appeal was filed_____
           Result AFFIRMED
           Date of Opinion_____
           Citation of court opinion (if known)_____

           Ground(s) raised on direct appeal  N/A

           If you did not directly appeal, explain briefly why you did not ATTY. WOULD NOT FILE ONE

       c)   Did you attempt to appeal the result to the highest state court having jurisdiction? ✓ Yes __ No

       d)   If you did attempt to appeal to the highest state court, attach a copy of the petition or motion you made, and answer the following (or attach a copy of the court's opinion or order):

           Name and location of Court SUPREME COURT OF ILL. 200 D. CAPITAL AVE. SPRINGFIELD, ILL. 62701
           Date Petition for Leave to Appeal or Notice of Appeal was filed_____
           Result July 17, 2007
           Date of Opinion_____

Rev. 8/96

- 5 -

(9)

Citation of court opinion (if known) MOTION WAS DENIED

Ground(s) raised COURT FAILED AT SENTENCING TO ADVICE plaintiff OF THE Appicable MANdATORY Supervised Release. People v. Whitfield, 840 N.E.2d 658 (2005).

If you did not appeal to the highest state court, explain briefly why you did not  N/A

e) Did you seek permission to file a late appeal? __ Yes ✓ No

11. **Post Conviction Collateral Proceeding(s):**

   a) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal:
   ✓ Yes __ No

   b) If yes, give the following information:

A. First petition, application or motion.

   1) Name of Court Circuit Court 16th Judicial Circuit, Kane County, Ill.

   2) Date Filed Oct. 04, 2004

   3) Nature of Proceeding Habeas Corpus on Mandatory Supervised Release Violation

   4) Ground(s) Raised That MSR wasn't mention at sentencing. But added onto after being sent to IDOC. See People v. Whitfield 840 N.E.2d 658 (2005).

Rev. 8/96

- 6 -

(16)

5) Did you receive an evidentiary hearing on your petition, application or motion?
   __ Yes  ✓ No

6) Final Result  CIRCUIT COURT STATED lACK OF JURISDICTION

7) Date of Final Result (Attach a copy of the court's opinion or order) Mar. April 13, 2007
   AMEND TO POST-CONVICTION

8) If this petition, application, or motion was brought in a state court, did you appeal the result to the highest state court having jurisdiction?
   ✓ Yes  __ No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) APPELLATE COURT 2ND DIST. COURT WOULD NOT RESPOND TO MOTION FILED. MOTION UNDER RULE 381 WAS THEN FILE TO SUPREME COURT.

9) If you did not appeal, briefly explain why you did not __ N/A

B. As to any second petition, application or motion, give the following information:

1) Name of Court  a. & SUPREME COURT OF ILL.

2) Date Filed  July 16, 2007

3) Nature of Proceeding  MSR VIOLATION

4) Ground(s) Raised  THAT SENTENCING COURT OR STATE NEVER MENTION THE ADDITION OF (MSR) MANDATORY SUPERVISED RELEASE

5) Did you receive an evidentiary hearing on your petition, application or motion?
   __ Yes  ✗ No

Rev. 8/96

- 7 -

(11)

6) Final Result __MOTION DENIED__

7) Date of Final Result (Attach a copy of the court's opinion or order)_____

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
   ✓ Yes  __ No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) __ATTACHED__

9) If you did not appeal, briefly explain why you did not __N/A__

C. As to any third petition, application or motion, give the following information:

1) Name of Court __N/A__

2) Date Filed __N/A__

3) Nature of Proceeding __N/A__

4) Ground(s) Raised __N/A__

5) Did you receive an evidentiary hearing on your petition, application or motion?
   __ Yes  __ No

6) Final Result __N/A__

7) Date of Final Result (Attach of copy of the court's opinion or order) __N/A__

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
\_ Yes  \_ No

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) N/A

9) If you did not appeal, briefly explain why you did not N/A

12. **Other Remedies:**

Describe all other procedures, such as administrative remedies, that you have utilized. List the dates when you sought each remedy, the result, and the date of that result N/A

13. **Ground(s) for Federal Habeas Corpus:**

State in the following paragraph(s) every ground or reason you claim your conviction is improper or unlawful.

A. <u>First Ground</u>

1) My conviction violates the constitution or laws of the United States because: OF FIFTH AND FOURTEENTH AMENDMENT. The ILL. DEPT. OF CORR. IS FAILING TO AGGREGATE THE (MSR) PERIOD INTO THE PERIOD OF INCARCERATION TO SATISFY THE ENTIRE SENTENCE, UNLAWFULLY CALCULATING A SENTENCE OF IMPRISONMENT FOR FAILURE TO INCLUDE THE TERM OF (MSR) INTO THE TERM OF IMPRISONMENT.

2) I have already raised this claim in state court.

Direct Appeal:    \_ Yes  ✓ No

Rev. 8/96

- 9 -

(13)

| | | | |
|---|---|---|---|
| State Habeas Corpus: | ✓ Yes | __ No |
| State Supreme Court: | ✓ Yes | __ No |
| Other: | __ Yes | __ No |

Explain:
    N/A

B.    <u>Second Ground</u>

1)    My conviction violates the constitution or laws of the United States because: AN OFFENDER IS ENTITLED TO GOOD TIME CREDITS AS THE CREDIT VESTS WHEN A PRISONERS ACTUALLY SERVED THE TERMS OF IMPRISONMENT. THE SENTENCE SHOULD BE FULLY SERVED AND COMPLETED ACCORDING TO ILL. LAW AND RELEASE IS MANDATORY.

2)    I have already raised this claim in state court.

| | | |
|---|---|---|
| Direct Appeal: | __ Yes | __ No |
| State Habeas Corpus: | ✓ Yes | __ No |
| State Supreme Court: | ✓ Yes | __ No |
| Other: | __ Yes | __ No |

Explain:
    N/A

C.    <u>Third Ground</u>

1)    My conviction violates the constitution or laws of the United States because: 15 YEAR SENTENCE, 5½ YRS. OF INCARCERATION IS 40% OF TOTAL SENTENCE, 2 YRS. (MSR) RELEASE IS 10% OF TOTAL SENTENCE; DAY FOR DAY GOOD TIME IS 50% OF TOTAL SENTENCE. THAT FULFILLS 100% OF THE COURTS IMPOSED SENTENCE. A DEFENDANT MUST BE INFORMED OF POSSIBLE (MSR) ATTACHMENT BEFORE PLEADING.

2)    I have already raised this claim in state court.

| | | |
|---|---|---|
| Direct Appeal: | __ Yes | __ No |
| State Habeas Corpus: | ✓ Yes | __ No |
| State Supreme Court: | ✓ Yes | __ No |
| Other: | __ Yes | __ No |

Explain:
    N/A

14. If any of the grounds listed in 13A, B, or C were not previously presented in any court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: N/A

15. Do you have any petition or appeal now pending in court, either state or federal, regarding the conviction under attack? ___ Yes ✓ No

    If yes, give the name of the Court and nature of proceeding: N/A

16. **Second or Successive Petitions:**

    a) Is this a second or successive petition? (Have you previously filed a habeas petition in federal court with respect to the judgment you are currently attacking?) Yes ( ) No ( )

    b) If yes, have you attached a copy of an Order from a three-judge panel of the court of appeals authorizing this court to consider this petition? Yes ( ) No ( )

    NOTE: To file a second or successive petition with this court, you must first obtain an Order from a three-judge panel of the court of appeals that authorizes this court to consider this petition. <u>You must attach a copy of such an Order</u>.

    **<u>Failure to attach a copy of such Order will result in automatic dismissal of this petition.</u>**

    c) Does this second or successive habeas petition raise a claim that you have not presented in a previous petition(s)? Yes ( ) No ( )

    If no, answer the following:

    (1) Briefly explain the claim not raised in a previous petition N/A

(2) Does the new claim rest on new facts that could not have previously been discovered through the exercise of due diligence; and would the facts, if proven and viewed in light of the evidence as a whole, be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found you guilty of the underlying offense? If yes, what are those facts? NO

(3) Does the new claim rely on a new rule of constitutional law that was previously unavailable, and which was made retroactive to cases on collateral review by the United States Supreme Court? If so, what is that rule? There has been two more case won on (MSR) violation a couple of months ago. I haven't been able to get those case citing yet.

## FUTURE SENTENCE

Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack? __ Yes ✓ No

a) If yes, give name and location of court which imposed sentence to be served in the future: N/A

b) Give date and length of sentence to be served in the future: N/A

c) Have you filed, or do you contemplate filing, any petition attacking the conviction which imposed the sentence to be served in the future? __ Yes ✓ No

Rev. 8/96                             - 12 -

## REQUEST FOR RELIEF

State here exactly what you want the court to do:

Plaintiff prays that this Honorable Court will grant Plaintiff all relief sought in his cause of action. Modify sentence to 5½ yrs. imprisonment plus 2 yrs. (MSA). Plaintiff became entitled to release no sooner than Mar. 25 2006, if earned credit is restored, and no later than Sept. 25 2007 if earned credit isn't restored, to begin service of 2 yrs. (MSA). Declaratory judgement that defendants acts policies and practices violated Plaintiff's rights under the U.S. Constitution. Compensatory and punitive damages in amounts of $350,000 from each defendants. "Continued next sheet"

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury, that I am the petitioner in the above action, that I have read the above petition and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this 9th day of Dec, 20 07.

_Jackie T. Wahied_ Pro Se
Signature of Petitioner

_____
(Signature of lawyer, if any)

Rev. 8/96                     (12)                  - 13 -