UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Zakii Tawwab Wahiid )
Plaintiff/Petitioner(s), )
)
-vs- )  Case No. 07-867-JPG
)  (To be supplied by the Clerk)
People of the State, Kane Co. )
Prison Review Board, et Al. )
)
Defendant/Respondent(s). )

### MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
### TO PROCEED IN FORMA PAUPERIS

I, Zakii Tawwab Wahiid, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:   ( ) Civil Rights   (X) Habeas Corpus   ( ) Appeal

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   N/A

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.
   Aug, 2000, 6.50 hr.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (X)
   b. Rent payments, interest or dividends?   Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (X)
   d. Gifts or inheritances?   Yes ( )   No (X)
   e. Any other sources?   Yes ( )   No (X)

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.
N/A

3. Do you own cash, or do you have money in a checking or savings account?   Yes ( )   No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
N/A

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes (X)   No ( )

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed in forma pauperis.

1. Case name: Civil [illegible]   Case Number: 03 C 6320
   Court: U.S. Dist. Northern Dist.   Date filed: Aug. 25, 2003
   Claims raised: INSTITUTIONAL NUMBER

   Result: DISMISSED

Rev. [illegible]

- 2 -

2. Case name: Civil    Case Number: 04-875-DRH

   Court: U.S. Dist. Southern Dist.    Date filed: Nov. 30, 2004

   Claims raised: Denial of Outside Yard

   Result: Dismissed

3. Case name: Civil    Case Number: 05 MR 44

   Court: Circuit Court Fulton County    Date filed: Jun. 07, 2005

   Claims raised: Denial of Calling Witness Adj. Comm.

   Result: Still pending

### DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

_____    Zakit To Wahid
Date                Signature of Plaintiff/Petitioner

## CERTIFICATE

THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER

Name of Plaintiff/Petitioner: Zakii Tawwab Wahiid

Institution where confined: W.I.C.C., Mt. Sterling IL.

Register number: K52467

---

### THIS SECTION IS FOR COMPLETION BY AN AUTHORIZED OFFICER OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may **not** write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above.

### PURSUANT TO 28 U.S.C. § 1915(a)(2), PLEASE ATTACH A CERTIFIED PRINT-OUT OF ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT FOR THE PAST SIX MONTHS.

I hereby certify that   Wahiid, Zakii   currently has the sum
(Name of plaintiff/petitioner)

$ -325.03   on account to his credit at   WICC
(Institution where confined)

DATED: 10/12/07           _____
                          Signature of Authorized Officer of the above Institution

Rev. 2/00

- 4 -

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;   Inmate: K52467;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

### Inmate: K52467 Wahiid, Zakii                                   Housing Unit: PON-WR-03-04

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | **-119.29** |
| 08/17/07 | Disbursements | 99 Transfer Inmate | 229320 | Chk #64075 | Western IL CC,   Inv. Date: 08/17/2007 | 324.64 | 205.35 |
| 09/12/07 | Payroll | 20 Payroll Adjustment | 255120 | | P/R month of 08/2007 | 3.40 | 208.75 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 459724, Pitney Bowes Bank, Inc, Inv. Date: 02/09/2006 | -.87 | 207.88 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 466631, Pitney Bowes Bank, Inc, Inv. Date: 04/11/2006 | -.39 | 207.49 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 466944, Pitney Bowes Bank, Inc, Inv. Date: 04/17/2006 | -.39 | 207.10 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 468649, Pitney Bowes Bank, Inc, Inv. Date: 05/01/2006 | -.39 | 206.71 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 468871, Pitney Bowes Bank, Inc, Inv. Date: 05/02/2006 | -1.83 | 204.88 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 470864, Pitney Bowes Bank, Inc, Inv. Date: 05/16/2006 | -.39 | 204.49 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 471031, Pitney Bowes Bank, Inc, Inv. Date: 05/17/2006 | -.63 | 203.86 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 471701, Pitney Bowes Bank, Inc, Inv. Date: 05/24/2006 | -.39 | 203.47 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 471702, Pitney Bowes Bank, Inc, Inv. Date: 05/24/2006 | -.63 | 202.84 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 472573, Pitney Bowes Bank, Inc, Inv. Date: 06/01/2006 | -.78 | 202.06 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 472809, Pitney Bowes Bank, Inc, Inv. Date: 06/05/2006 | -2.37 | 199.69 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 474363, Pitney Bowes Bank, Inc, Inv. Date: 06/20/2006 | -.78 | 198.91 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 476138, Pitney Bowes Bank, Inc, Inv. Date: 07/06/2006 | -4.20 | 194.71 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 477630, Pitney Bowes Bank, Inc, Inv. Date: 07/21/2006 | -.78 | 193.93 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 477693, Pitney Bowes Bank, Inc, Inv. Date: 07/21/2006 | -.39 | 193.54 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 477953, Pitney Bowes Bank, Inc, Inv. Date: 07/24/2006 | -.39 | 193.15 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 478114, Pitney Bowes Bank, Inc, Inv. Date: 07/25/2006 | -1.17 | 191.98 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 478248, Pitney Bowes Bank, Inc, Inv. Date: 07/26/2006 | -.39 | 191.59 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 478998, Pitney Bowes Bank, Inc, Inv. Date: 08/02/2006 | -.73 | 190.86 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 479214, Pitney Bowes Bank, Inc, Inv. Date: 08/04/2006 | -.39 | 190.47 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 479338, Pitney Bowes Bank, Inc, Inv. Date: 08/07/2006 | -1.17 | 189.30 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 479838, Pitney Bowes Bank, Inc, Inv. Date: 08/15/2006 | -2.37 | 186.93 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 479889, Pitney Bowes Bank, Inc, Inv. Date: 08/15/2006 | -.78 | 186.15 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 479937, Pitney Bowes Bank, Inc, Inv. Date: 08/15/2006 | -.39 | 185.76 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 479989, Pitney Bowes Bank, Inc, Inv. Date: 08/15/2006 | -1.56 | 184.20 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 480236, Pitney Bowes Bank, Inc, Inv. Date: 08/17/2006 | -.39 | 183.81 |

| Date: | 10/29/2007 | | | | Pontiac Correctional Center | | Page 2 |
| Time: | 11:56am | | | | Trust Fund | | |
| d_list_inmate_trans_statement_composite | | | | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: 01/01/2007 thru End;    Inmate: K52467;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

### Inmate: K52467 Wahiid, Zakii        Housing Unit: PON-WR-03-04

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 480811, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2006 | -.39 | 183.42 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 483313, Pitney Bowes Bank, Inc, Inv. Date: 09/13/2006 | -.78 | 182.64 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 483796, Pitney Bowes Bank, Inc, Inv. Date: 09/18/2006 | -.39 | 182.25 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 483938, Pitney Bowes Bank, Inc, Inv. Date: 09/19/2006 | -4.20 | 178.05 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 484240, Pitney Bowes Bank, Inc, Inv. Date: 09/22/2006 | -.39 | 177.66 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 484538, Pitney Bowes Bank, Inc, Inv. Date: 09/29/2006 | -.39 | 177.27 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 485340, Pitney Bowes Bank, Inc, Inv. Date: 10/06/2006 | -2.07 | 175.20 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 487065, Pitney Bowes Bank, Inc, Inv. Date: 10/23/2006 | -1.59 | 173.61 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 487832, Pitney Bowes Bank, Inc, Inv. Date: 10/30/2006 | -.39 | 173.22 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 489337, Pitney Bowes Bank, Inc, Inv. Date: 11/14/2006 | -2.07 | 171.15 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 490555, Pitney Bowes Bank, Inc, Inv. Date: 11/28/2006 | -.39 | 170.76 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 494286, Pitney Bowes Bank, Inc, Inv. Date: 12/20/2006 | -.39 | 170.37 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 495650, Pitney Bowes Bank, Inc, Inv. Date: 01/04/2007 | -.39 | 169.98 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 497707, Pitney Bowes Bank, Inc, Inv. Date: 01/24/2007 | -3.18 | 166.80 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 499209, Pitney Bowes Bank, Inc, Inv. Date: 02/08/2007 | -.39 | 166.41 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 499630, Pitney Bowes Bank, Inc, Inv. Date: 02/14/2007 | -1.26 | 165.15 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 499722, Pitney Bowes Bank, Inc, Inv. Date: 02/15/2007 | -1.98 | 163.17 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 502916, Pitney Bowes Bank, Inc, Inv. Date: 03/21/2007 | -4.86 | 158.31 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 504279, Pitney Bowes Bank, Inc, Inv. Date: 04/05/2007 | -.39 | 157.92 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 505485, Pitney Bowes Bank, Inc, Inv. Date: 04/19/2007 | -.39 | 157.53 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 505971, Pitney Bowes Bank, Inc, Inv. Date: 04/25/2007 | -8.03 | 149.50 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 507177, Pitney Bowes Bank, Inc, Inv. Date: 05/08/2007 | -2.94 | 146.56 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 508899, Pitney Bowes Bank, Inc, Inv. Date: 05/25/2007 | -.41 | 146.15 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 509126, Pitney Bowes Bank, Inc, Inv. Date: 05/30/2007 | -1.33 | 144.82 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 509532, Pitney Bowes Bank, Inc, Inv. Date: 06/05/2007 | -.82 | 144.00 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 509533, Pitney Bowes Bank, Inc, Inv. Date: 06/05/2007 | -.41 | 143.59 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 510859, Pitney Bowes Bank, Inc, Inv. Date: 06/19/2007 | -.41 | 143.18 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 511442, Pitney Bowes Bank, Inc, Inv. Date: 06/26/2007 | -.41 | 142.77 |

Date: 10/29/2007　　　　　　　　　　　　　　　　**Pontiac Correctional Center**　　　　　　　　　　　　　　　　Page 3
Time: 11:56am　　　　　　　　　　　　　　　　　　　　**Trust Fund**
d_list_inmate_trans_statement_composite　　　　　　Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;　　Inmate: K52467;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;
　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print
　　Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii**　　　　　　　　　　　　　　**Housing Unit: PON-WR-03-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 511829, Pitney Bowes Bank, Inc, Inv. Date: 07/02/2007 | -.41 | 142.36 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 512667, Pitney Bowes Bank, Inc, Inv. Date: 07/12/2007 | -.41 | 141.95 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 512845, Pitney Bowes Bank, Inc, Inv. Date: 07/16/2007 | -.41 | 141.54 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 513040, Pitney Bowes Bank, Inc, Inv. Date: 07/17/2007 | -4.60 | 136.94 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 513120, Pitney Bowes Bank, Inc, Inv. Date: 07/18/2007 | -2.16 | 134.78 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 514035, Pitney Bowes Bank, Inc, Inv. Date: 07/30/2007 | -.41 | 134.37 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 514122, Pitney Bowes Bank, Inc, Inv. Date: 07/31/2007 | -.41 | 133.96 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 515036, Pitney Bowes Bank, Inc, Inv. Date: 08/13/2007 | -1.31 | 132.65 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 459011, DOC: Library Copies, Inv. Date: 02/03/2006 | -.15 | 132.50 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 459634, DOC: Library Copies, Inv. Date: 02/09/2006 | -.70 | 131.80 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 460419, DOC: Library Copies, Inv. Date: 02/16/2006 | -.10 | 131.70 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 461432, DOC: Library Copies, Inv. Date: 02/27/2006 | -.30 | 131.40 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 462274, DOC: Library Copies, Inv. Date: 03/07/2006 | -.10 | 131.30 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 464073, DOC: Library Copies, Inv. Date: 03/21/2006 | -.10 | 131.20 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 464119, DOC: Library Copies, Inv. Date: 03/21/2006 | -.10 | 131.10 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 468566, DOC: Library Copies, Inv. Date: 05/01/2006 | -1.30 | 129.80 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 468808, DOC: Library Copies, Inv. Date: 05/02/2006 | -.80 | 129.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 470257, DOC: Library Copies, Inv. Date: 05/11/2006 | -.20 | 128.80 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 470960, DOC: Library Copies, Inv. Date: 05/17/2006 | -.65 | 128.15 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 471813, DOC: Library Copies, Inv. Date: 05/26/2006 | -.40 | 127.75 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 471841, DOC: Library Copies, Inv. Date: 05/26/2006 | -.10 | 127.65 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 472769, DOC: Library Copies, Inv. Date: 06/05/2006 | -1.65 | 126.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 474616, DOC: Library Copies, Inv. Date: 06/21/2006 | -.10 | 125.90 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 475351, DOC: Library Copies, Inv. Date: 06/28/2006 | -7.60 | 118.30 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 475730, DOC: Library Copies, Inv. Date: 07/03/2006 | -2.20 | 116.10 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 478078, DOC: Library Copies, Inv. Date: 07/25/2006 | -.10 | 116.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 478897, DOC: Library Copies, Inv. Date: 08/02/2006 | -1.35 | 114.65 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 479171, DOC: Library Copies, Inv. Date: 08/04/2006 | -.15 | 114.50 |

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;   Inmate: K52467;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii**    **Housing Unit: PON-WR-03-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 479571, DOC: Library Copies, Date: 08/14/2006 | Inv. | -1.50 | 113.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 479645, DOC: Library Copies, Date: 08/15/2006 | Inv. | -.10 | 112.90 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 479718, DOC: Library Copies, Date: 08/15/2006 | Inv. | -1.95 | 110.95 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 481152, DOC: Library Copies, Date: 08/24/2006 | Inv. | -.40 | 110.55 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 481365, DOC: Library Copies, Date: 08/25/2006 | Inv. | -.60 | 109.95 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 481678, DOC: Library Copies, Date: 08/28/2006 | Inv. | -5.75 | 104.20 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 481946, DOC: Library Copies, Date: 08/31/2006 | Inv. | -.25 | 103.95 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 482075, DOC: Library Copies, Date: 08/31/2006 | Inv. | -.05 | 103.90 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 482612, DOC: Library Copies, Date: 09/08/2006 | Inv. | -.05 | 103.85 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 482650, DOC: Library Copies, Date: 09/08/2006 | Inv. | -.10 | 103.75 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 482774, DOC: Library Copies, Date: 09/11/2006 | Inv. | -.75 | 103.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 483381, DOC: Library Copies, Date: 09/13/2006 | Inv. | -.10 | 102.90 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 483695, DOC: Library Copies, Date: 09/18/2006 | Inv. | -9.00 | 93.90 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 484452, DOC: Library Copies, Date: 09/29/2006 | Inv. | -.25 | 93.65 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 484213, DOC: Library Copies, Date: 09/26/2006 | Inv. | -.20 | 93.45 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 484814, DOC: Library Copies, Date: 10/02/2006 | Inv. | -.55 | 92.90 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 485320, DOC: Library Copies, Date: 10/06/2006 | Inv. | -.50 | 92.40 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 485323, DOC: Library Copies, Date: 10/06/2006 | Inv. | -3.45 | 88.95 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 486831, DOC: Library Copies, Date: 10/19/2006 | Inv. | -.20 | 88.75 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 487209, DOC: Library Copies, Date: 10/24/2006 | Inv. | -.50 | 88.25 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 497877, DOC: Library Copies, Date: 01/26/2007 | Inv. | -5.00 | 83.25 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 497895, DOC: Library Copies, Date: 01/26/2007 | Inv. | -.60 | 82.65 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 499568, DOC: Library Copies, Date: 02/14/2007 | Inv. | -1.40 | 81.25 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 500731, DOC: Library Copies, Date: 02/27/2007 | Inv. | -1.25 | 80.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 502741, DOC: Library Copies, Date: 03/20/2007 | Inv. | -4.95 | 75.05 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 502837, DOC: Library Copies, Date: 03/21/2007 | Inv. | -1.05 | 74.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 504635, DOC: Library Copies, Date: 04/10/2007 | Inv. | -.60 | 73.40 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 505546, DOC: Library Copies, Date: 04/20/2007 | Inv. | -.70 | 72.70 |

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;   Inmate: K52467;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii**                              **Housing Unit: PON-WR-03-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 505642, DOC: Library Copies, Inv. Date: 04/23/2007 | -.50 | 72.20 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 505867, DOC: Library Copies, Inv. Date: 04/25/2007 | -17.10 | 55.10 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 507126, DOC: Library Copies, Inv. Date: 05/08/2007 | -3.10 | 52.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 507936, DOC: Library Copies, Inv. Date: 05/15/2007 | -.55 | 51.45 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 509311, DOC: Library Copies, Inv. Date: 06/01/2007 | -.90 | 50.55 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 509796, DOC: Library Copies, Inv. Date: 06/07/2007 | -.45 | 50.10 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 511375, DOC: Library Copies, Inv. Date: 06/26/2007 | -.10 | 50.00 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 512083, DOC: Library Copies, Inv. Date: 07/05/2007 | -2.30 | 47.70 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 512987, DOC: Library Copies, Inv. Date: 07/17/2007 | -12.85 | 34.85 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 513098, DOC: Library Copies, Inv. Date: 07/18/2007 | -5.45 | 29.40 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 513721, DOC: Library Copies, Inv. Date: 07/25/2007 | -.05 | 29.35 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 514293, DOC: Library Copies, Inv. Date: 08/02/2007 | -.20 | 29.15 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 515171, DOC: Library Copies, Inv. Date: 08/13/2007 | -.75 | 28.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 463497, DOC: 523 Fund Reimburs, Inv. Date: 03/15/2006 | -2.00 | 26.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 476081, DOC: 523 Fund Reimburs, Inv. Date: 07/06/2006 | -2.00 | 24.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 479802, DOC: 523 Fund Reimburs, Inv. Date: 08/15/2006 | -2.00 | 22.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 480768, DOC: 523 Fund Reimburs, Inv. Date: 08/21/2006 | -2.00 | 20.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 488658, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2006 | -2.00 | 18.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 490259, DOC: 523 Fund Reimburs, Inv. Date: 11/27/2006 | -2.00 | 16.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 494875, DOC: 523 Fund Reimburs, Inv. Date: 12/27/2006 | -2.00 | 14.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 496117, DOC: 523 Fund Reimburs, Inv. Date: 01/09/2007 | -2.00 | 12.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 499004, DOC: 523 Fund Reimburs, Inv. Date: 02/06/2007 | -2.00 | 10.40 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 499992, DOC: 523 Fund Reimburs, Inv. Date: 02/20/2007 | -2.00 | 8.40 |
| 09/13/07 | Disbursements | 82 Debts due to State (non-postage) | 256320 | Chk #64308 | 515114, DOC: 523 Fund Reimburs, Inv. Date: 08/13/2007 | -5.00 | 3.40 |
| 09/13/07 | Disbursements | 99 Transfer Inmate | 256320 | Chk #64329 | Western IL CC, Inv. Date: 09/13/2007 | -3.40 | .00 |

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;   Inmate: K52467;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii**                               **Housing Unit: PON-WR-03-04**

|  |  |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |