UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAN 02

_Zakii Tawwab Wahyyd_
Plaintiff/Petitioner(s),

-vs-

_People of The State_

_Prison Review Board et.al_

Defendant/Respondent(s).

Case No. _07-867-JPG_
(To be supplied by the Clerk)

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, _____, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:   ( ) Civil Rights   (X) Habeas Corpus   ( ) Appeal

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.   _N/A_

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.   _July 2000_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (X)
   b. Rent payments, interest or dividends?   Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (X)
   d. Gifts or inheritances?   Yes ( )   No (X)
   e. Any other sources?   Yes ( )   No (X)

Rev. 2/00

6

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.   N/A

3. Do you own cash, or do you have money in a checking or savings account?   Yes ( ) No (x) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (x) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.   N/A

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes (x)   No ( )

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name: Civil                          Case Number: 03 C 6320
   Court: U.S. Dist. Northern Dist.          Date filed: Aug. 25, 2003
   Claims raised: Institutional Number

   Result: Case Dismissed

2. Case name: Civil                     Case Number: 04-875-DRH

   Court: U.S. Dist. Southern Dist.      Date filed: Nov. 30, 2004

   Claims raised: Denied of outside yard

   Result: Dismissed

3. Case name: ~~____~~ Civil              Case Number: 04-1281

   Court: U.S. Dist. Central              Date filed: July 12, 2004

   Claims raised: Denied of a calling witness

   Result: Dismissed

### DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

12-21-07                    Jukie To Wahiid
Date                        Signature of Plaintiff/Petitioner

Rev. 2/00                   8           - 3 -

## CERTIFICATE

THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER

Name of Plaintiff/Petitioner: Zakii Tawwab Wahiid

Institution where confined: W.I.C.C.

Register number: K52467

THIS SECTION IS FOR COMPLETION BY AN AUTHORIZED OFFICER
OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may not write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above.

## PURSUANT TO 28 U.S.C. § 1915(a)(2), PLEASE ATTACH A CERTIFIED PRINT-OUT OF ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT FOR THE PAST SIX MONTHS.

I hereby certify that ___Wahiid, Zakii   K52467___ currently has the sum
(Name of plaintiff/petitioner)

$ -367.26  on account to his credit at ___WICC___
(Institution where confined)

DATED: 12/21/07

S. Downs, Acct Tech
Signature of Authorized Officer of the above Institution

Rev. 2/00

- 4 -

## Western Illinois Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 05/01/2007 thru End;   Inmate: K52467;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii**   **Housing Unit: WIL-S -01-21**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 08/23/07 | Mail Room | 04 Intake and Transfers In | 235215 | 64075 | Pontiac C.C. | -324.64 | -324.64 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257133 |  | P/R month of 08/2007 | 5.44 | -319.20 |
| 09/24/07 | Mail Room | 04 Intake and Transfers In | 267215 | 64329 | Pontiac C.C. | 3.40 | -315.80 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285133 |  | P/R month of 09/2007 | 10.31 | -305.49 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313133 |  | P/R month of 10/2007 | 2.04 | -303.45 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341133 |  | P/R month of 11/2007 | 8.84 | -294.61 |

|  |  |
|---|---|
| Total Inmate Funds: | -294.61 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 72.65 |
| Funds Available: | -367.26 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/21/2007 | 414 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $1.23 |
| 09/06/2007 | 600 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.33 |
| 09/10/2007 | 606 | Disb | Library | 2 DOC: 523 Fund Library | $4.05 |
| 09/27/2007 | 773 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.41 |
| 10/02/2007 | 808 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.41 |
| 10/02/2007 | 817 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.80 |
| 10/12/2007 | 954 | Disb | copies | 2 DOC: 523 Fund Library | $3.15 |
| 10/25/2007 | 1070 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.41 |
| 10/25/2007 | 1070 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $1.99 |
| 11/05/2007 | 1226 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $2.50 |
| 11/07/2007 | 1234 | Disb | copies | 2 DOC: 523 Fund Library | $3.70 |
| 11/14/2007 | 1312 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.82 |
| 12/03/2007 | 1472 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.41 |
| 12/05/2007 | 1544 | Disb | copies | 2 DOC: 523 Fund Library | $1.50 |
| 12/11/2007 | 1566 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $5.54 |
| 12/12/2007 | 1597 | Disb | COPIES | 2 DOC: 523 Fund Library | $26.80 |
| 12/13/2007 | 1625 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $10.10 |
| 12/19/2007 | 1715 | Disb | Library | 2 DOC: 523 Fund Library | $6.50 |
|  |  |  |  | **Total Restrictions:** | **$72.65** |

SUPREME COURT OF ILLINOIS
CLERK OF THE COURT
SUPREME COURT BUILDING
SPRINGFIELD, ILLINOIS 62701
(217) 782-2035

September 14, 2007

07-867-JPG

Mr. Zakii Tawwab Wahiid
Reg. No. K-52467
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL 62353


THE COURT HAS TODAY ENTERED THE FOLLOWING ORDER IN THE CASE OF:

No. 11901 - Zakii Tawwab Wahiid, petitioner, v. People State of Illinois et al., respondents.

           The motion by petitioner for relief under Supreme Court Rule 381 is <u>denied</u>.


cc: Hon. Lisa Madigan


"Exhibit"

5

**SUPREME COURT OF ILLINOIS**
**CLERK OF THE COURT**
SUPREME COURT BUILDING
SPRINGFIELD, ILLINOIS 62701
(217) 782-2035

September 14, 2007

Mr. Zakii Tawwab Wahiid            CASE NO. 07-861-JPG
Reg. No. K-52467
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL 62353


THE COURT HAS TODAY ENTERED THE FOLLOWING ORDER IN THE CASE OF:

No. 11901 - Zakii Tawwab Wahiid, petitioner, v. People State
            of Illinois et al., respondents.

            The motion by petitioner for relief under
            Supreme Court Rule 381 is <u>denied</u>.


cc: Hon. Lisa Madigan


"Exhibit"

5



# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

JULEANN HORNYAK
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

FIRST DISTRICT OFFICE
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

December 14, 2007

Mr. Zakii Tawwab Wahiid
Reg. No. K-52467
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, Illinois  62353

    Re:    M11901 -    Zakii Tawwab Wahiid, petitioner, v. People State of Illinois et al., respondents.

Dear Mr. Wahiid:

This letter is sent in response to your letters received by this office.

Your above-captioned "motion by petitioner for relief under Supreme Court Rule 381", filed July 27, 2007, was denied by the Court on September 14, 2007. A copy of this Court's denial order is enclosed for your records.

In reference to your request, we are also enclosing a copy of your motion in case No. M11744, <u>Wahiid v. Illinois Department of Corrections et al.</u>, and this Court's order denying the motion on November 20, 2006.

Very truly yours,

*Juleann Hornyak*
Clerk of the Supreme Court

JH/jak
Enclosures