## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZAKII TAWWAB WAHIID, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 07-cv-867-JPG |
| | ) |
| PEOPLE of the STATE of ILLINOIS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

### MEMORANDUM AND ORDER

**GILBERT, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his 2001 conviction for aggravated, for which he is serving a 15-year sentence. Specifically, he is challenging his term of mandatory supervised release.

Petitioner was convicted in Kane County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(a). He is confined in the Central District of Illinois in the Western Illinois Correctional Center. 28 U.S.C. § 93(b). Both the Central District court and the Northern District court have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Northern District is the most convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Petitioner's conviction may be found there. Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of Illinois, Eastern Division, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4, and such further proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

Dated: January 14, 2008.

                                                    s/ J. Phil Gilbert
                                                  U. S. District Judge