CJRA_T, CLOSED, FILE_CREATED, HABEAS

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:07–cv–00867–JPG

Wahiid v. People of the State of Illinois et al
Assigned to: Judge J. Phil Gilbert
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/17/2007
Date Terminated: 01/14/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Zakii Tawwab Wahiid**

represented by  **Zakii Tawwab Wahiid**
K52467
WESTERN ILLINOIS CORRECTIONAL
CENTER
Rural Route #4, Box 196
Mount Sterling, IL 62353
PRO SE

V.

**Respondent**

**People of the State of Illinois**

**Respondent**

**County of Kane, Illinois**

**Respondent**

**Prisoner Review Board**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2007 | 1 | PETITION for Writ of Habeas Corpus filed by Zakii Tawwab Wahiid. (Attachments: #(1) Habeas Corpus Petition for Judgement Relief# 2 Attachments)(jao) (Entered: 12/17/2007) |
| 12/17/2007 | 2 | Letter from USDC/SDIL to Petitioner informing same of case number and filing fee requirements. (jao) (Entered: 12/17/2007) |
| 12/18/2007 | 3 | MOTION for Leave to Proceed in forma pauperis by Zakii Tawwab Wahiid. (dka, ) (Entered: 12/19/2007) |
| 01/02/2008 | 4 | MOTION for Leave to Proceed in forma pauperis by Zakii Tawwab Wahiid. (dka, ) (Entered: 01/04/2008) |
| 01/14/2008 | 5 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to ND Illinois, Eastern Division. Signed by Judge J. Phil Gilbert on 1/14/08. (eed) (Entered: 01/14/2008) |