## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 637 | **DATE** | 2/14/2008 |
| **CASE TITLE** | U.S. ex rel. Zakii Tawwab Wahiid # K52467 v. People of the State of Illinois | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for leave to file in forma pauperis is denied.[3 & 4]. If petitioner does not pay the $5 filing fee by March 13, 2008, the court shall enter judgment dismissing this case.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

### STATEMENT

Petitioner's motion for leave to file in forma pauperis is denied for lack of a sufficient showing of indigence. Petitioner's financial affidavit reveals that he has a job in the prison and has received $26.63 during the past four months. Because petitioner is a prisoner for whom the state provides the necessities of life, such assets do not qualify him for pauper status. *See Lumbert v. Illinois Department of Corrections*, 827 F.2d 257, 260 (7th Cir. 1987); *Zaun v. Dobbin*, 628 F.2d 990, 993 (7th Cir. 1980). Petitioner is financially able to pay the $5 filing fee for a habeas corpus petition and must do so if he wishes to proceed with this action. He may pay by check or money order made payable to Clerk, United States District Court. If petitioner does not pay the filing fee by March 13, 2008, the court shall enter judgment dismissing this case. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988).

| | Courtroom Deputy Initials: | STE |
|---|---|---|