Feb. 10, 2008

Clerk of the U.S. Dist. Court
Prisoner Correspondence
219 South Dearborn St.
Chicago, Ill. 60604

**FILED**
FEB 13 2008
FEB 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08 C 637

---

Dear Clerk of the Court,

I'm writing to inform the court of my address change. I'm now at Stateville Corr. Center, P.O. Box 112 Joliet, IL. 60434.

Respectfully,
Zakii T. Wahiid
Zakii Tawwab Wahiid
K 52467
P.O. Box 112
Joliet, IL. 60434

C.C.