## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0637 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Zakii Wahid (#K-52467) v. People of the State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of February 14, 2008, the court denied the petitioner's application for leave to proceed *in forma pauperis* and directed him to pay the $5.00 statutory filing fee by March 13, 2008. The petitioner was forewarned that failure to comply would result in summary dismissal of this case. Nevertheless, the petitioner has failed to pay the required filing fee. Accordingly, the case is terminated.

**Docketing to mail notices.**

mjm