HHW

May 06, 2008

Clerk of Court
219 S. Dearborn St.
Chicago, Ill. 60604

**FILED**
5-12-2008
MAY 1 2 2008   MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 08 C 0637

08CV637

To Judge William Hart,

I recieved docket entry text today on above case stating the Court denied petitioner application for leave to proceed in forma pauperis, and was directed to pay $5.00 statutory filing fee by Mar. 13, 2008. I never recieved that letter. The only other letter I recieved was on Feb. 10, dated Jan. 31, that my case was transferred to this Court. That's the only letter I recieved.

I would of gotten family to send the $5.00 filing fee, if I had gotten that letter you said dated Feb. 14, 2008. I've sent to the mail room for copy of my mail (and of out and incoming legal mail. Judge Hart, I never recieved Feb. 14, 08 letter.

C.C.

Respectfully,
Zakii Tawwab Wahiid
Zakii Tawwab Wahiid
K52467
P.O. Box 112
Joliet, Ill. 60434