# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

C46

Zakii Tawwab Wahiid
  Petitioner

vs

Prison Review Board, et al
People of State, Kane Co.
  Respondants

CASE NO: 08 C 0637
08 C 0637

Honorable William Hart
  Presiding Judge

## NOTICE OF FILING AND PROOF OF SERVICE

TO:
Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn St.
Chicago, IL. 60604

**FILED**
MAY 1 2 2008
May 12 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please be advised that I shall file with the Clerk of the United States District Court of Illinois, Notice of Appeal. This certifies that I have served the above named parties with a copy of said motion, by enclosing same in envelope, properly addressed, postage prepaid, and by desposting said envelope in mail via the U.S. Mail, by way of the Stateville Correctional Center on MAY 07, 2008.

Zakii T. Wahiid

(3)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zakii Tawwab Wahiid
  Petitioner

VS

Prison Review Board, et al
People of State, Kane Co.
  Respondants

**FILED**
MAY 1 2 2008
MP
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

CASE NO. 08 C 637

### Notice of Appeal of Forma Pauperis Application

① Court to which Appeal is taken: U.S. District Court, Northern District of Illinois.

② Petitioner is indigent and has no attorney.

③ Date of Judgement or Order: April 30, 2008

④ Offense of which convicted: Aggravate Robbery

⑤ Sentence: 15 yrs. with no Admonishment of Mandatory Supervised Release at Sentencing

⑦ Appeal is from Petitioner not recieving a letter that court stated was mailed on Feb. 14, 2008, for statutory filing fee of $5.00 Petitioner never recieved that letter of Feb. 14, 08.

Signed: Zakii T. Wahiid

(1)

STATE OF ILLINOIS ) SS
COUNTY OF WILL )

## AFFIDAVIT

I, Zakii Tawwab Wahiid, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed 07 Day of May 2008

                                                       Zakii Tawwab Wahiid
                                                       ZAKII TAWWAB WAHIID

(2)