# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0637 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Zakii Wahid (#K-52467) v. People of the State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the petitioner's letter dated May 6, 2008 [#10]. The petitioner indicates that he did not receive the court's Minute Order of February 14, 2008, denying his application for leave to proceed *in forma pauperis* and directing him to pay the $5.00 statutory filing fee. Accordingly, the petitioner is granted an additional thirty days from the date of this order to remit the filing fee. The petitioner's motion for leave to appeal *in forma pauperis* [#11] is denied as moot, as no notice of appeal has been filed. The petitioner is reminded that he must provide the court with the original plus a judge's copy of every document filed.

**Docketing to mail notices.**

mjm