# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 637 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Zakii Tawwab Wahiid (K-52467) v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner has paid the filing fee as ordered by the Court on 5/19/08. Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket. Terry McCann is substituted as respondent. The Clerk is directed to terminate the People of the State of Illinois, County of Kane, and Prisoner Review Board as respondents. The Clerk is directed to change Petitioner's address to Stateville Correctional Center.

■ [For further details see text below.]　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

## STATEMENT

　　　Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

　　　Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Petitioner must send an exact copy of any filing to Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Petitioner.

　　　Terry McCann is substituted as Respondent for the People of the State of Illinois, County of Kane, and Prisoner Review Board as Respondents. *See Bridges v. Chambers*, 425 F.3d 1048, 1049 (7th Cir. 2005).

| | Courtroom Deputy Initials: | JJD |
|---|---|---|