

Date: 5-28-08

Clerk Of The Court
Prisoners Correspondence
U.S. Dist. Court
219 S. Dearborn St.
Chicago, IL. 60604

**FILED**
JUN 2 2008
Jun 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 08 C 0637

Dear Clerk Of The Court,
   Enclosed is The Five Dollar Statutory Filing Fee For Case No: 08 C 0637. Enclosed is The Original letter and ~~two~~ copy For Court. Please Forward one copy back for my file.

Respectfully,
Zakii To Wahiid
Zakii Tawwab Wahiid
K52467
P.O. Box 112
Joliet, IL. 60434

Lt. Dahmens, etc. et. AL

Part-A / Control #: 2005X 0819

Referred To: IAO

| CC | EXHIBIT TO COMPLAINT | NT OF CORRECTIONS |

FILED GRIEVANCE

JUN 2 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Detainee Last Name: Jones   First Name: Terrell

ID #: 2005-0034906   Div.: 10   Living Unit: 1A / 4D   Date: 09/20/05

BRIEF SUMMARY OF THE COMPLAINT: On Sept. 16, 2005 @ Approx 9:30 pm. While a detainee. Housed in Div. 11 Teir A0. Assigned to cell Lower 10. I, Terrell Jones ID# 20050034906 was Along with Cells Lower 11 & 12 out for our Hour of Rec. When Several other inmates who were out of their cells. Came out of Lower 3. And came at me with "SHANKS" man made, sharpened, metal objects. I started fighting back, being hit several times severely. me & 3 other inmates from 11 & 12 who helped me, that was covered in the shower & Between C/o Hawkins, & Monroe came on deck the inmates ran to their cells. A 10-10 was called officers responded. I was covered in blood & injured when officers used excessive force on me. "I was sayin Im injured" as I got my self, being punched. Kicked & Stomped on in my body & wounds. Recognized - officers were and not Limited to: Harris, Phipps, Scott, Michas, Diaz & others whom are unknown at this time. Lt. Dahmand 789 & Sgt. Krauskopf 875 were also on location (cont.)

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Witnessed INMATES: Terrance Scroggins,
Jason Austin, Donavon Young, Tyrin Smith, Bruce Lee; 3-11 Shi

ACTION THAT YOU ARE REQUESTING:


DETAINEE SIGNATURE: Terrell Jones

C.R.W.'S SIGNATURE: [signature]    DATE C.R.W. RECEIVED: 10/3/05

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.) (YELLOW COPY - ...W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part – B / Control # 2005 X 0819

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Jones    First Name: Terrell    ID#: 2005-0034

Is This Grievance An **Emergency**?    YES ☐    NO ☒    (TJ)20050034906

C.R.W.'S Summary Of The Complaint: Inmate alleges that he was phys. beaten by correctional officers of the 2-11 shift.

C.R.W. Referred Griev. To: IAD    Date Referred: 10/5/05

Response Statement: INVESTIGATIVE INQUIRY MADE. NO further INQUIRIES NEEDED NO IAD CASE File WARRANTED.

Carl Singletary
(print - name of individual responding to this griev.) — (signature) Date: 10/7/05    Div./Dept. 11

Sui. Hulmer
(print - name of Supt./Designee/Dept. Admin.) — (signature) Date: 10/14/05    Div./Dept. X

L. Walker
(print - name of Prog. Serv. Admin./Asst. Admin.) — (signature) Date: 10/11/05

Date Detainee Received Response: 10/21/05    Detainee Signature: X Terrell Jones

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___    Detainee Signature: _____

GRIEVANCE CODE(S): (___) (___) (___) (___)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

5/24/08

Prisoner Correspondence
Clrek's Office
U.S. District Court
219 South Dearborn Street
Chicago, Il 60604

## Certificate of Service

I, <u>Terrell Jones,</u> swear under penalty of perjury that I served a copy of the attached document on <u>Attn: State's Atty. / Romano D. DiBenedetto 219 Dearborn st, Chgo IL 60604</u> by placing it in the mail at the Cook County Correctional Center on <u>5/24/08</u>.

Terrell Jones

*/s/ Terrell Jones*

<u>Pertaining to Case:</u>

Terrell Jones

-vs-

LT. Dahmen, etc., et al.

Case No: 1:08-cv-00586

Judge: William T. Hart