**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 637 |
|---|---|

Zakii Wahiid, Petitioner,

v.

Warden Terry McCann, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry McCann, Respondent.

| NAME (Type or print) |
|---|
| Garson Fischer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Garson Fischer |

| FIRM |
|---|
| Office of the Illinois Attorney General |

| STREET ADDRESS |
|---|
| 100 W. Randolph Street, 12th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286165 | 312-814-2566 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2008, I electronically filed respondent's **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Zakii Wahiid, #K52467
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

                                        LISA MADIGAN
                                        Attorney General of Illinois

                By:    s/ Garson Fischer
                            GARSON FISCHER, Bar # 6286165
                            Assistant Attorney General
                            100 West Randolph Street, 12th Floor
                            Chicago, Illinois 60601-3218
                            TELEPHONE: (312) 814-2566
                            FAX: (312) 814-2253
                            E-MAIL: gfischer@atg.state.il.us