UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ZAKII WAHIID, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08-637 |
| TERRY MCCANN, Warden, | ) ) | The Honorable William T. Hart, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:   Zakii Wahiid, #K52467
　　　Stateville Correctional Center
　　　Route 53
　　　P.O. Box 112
　　　Joliet, Illinois 60434.

　　　PLEASE TAKE NOTICE that on Wednesday, June 25, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable William T. Hart, who sits in Courtroom 2243, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

June 19, 2008　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　LISA MADIGAN
　　　　　　　　　　　　　　　　　　　　　Attorney General of Illinois

　　　　　　　　　　　　　　　By:　s/ Garson Fischer
　　　　　　　　　　　　　　　　　　GARSON FISCHER, Bar # 6286165
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　100 West Randolph Street, 12th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601-3218
　　　　　　　　　　　　　　　　　　TELEPHONE: (312) 814-2566
　　　　　　　　　　　　　　　　　　FAX: (312) 814-2253
　　　　　　　　　　　　　　　　　　E-MAIL: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Zakii Wahiid, #K52467
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

                                                 LISA MADIGAN
                                                 Attorney General of Illinois

                By:     s/ Garson Fischer
                          GARSON FISCHER, Bar # 6286165
                          Assistant Attorney General
                          100 West Randolph Street, 12th Floor
                          Chicago, Illinois 60601-3218
                          TELEPHONE: (312) 814-2566
                          FAX: (312) 814-2253
                          E-MAIL: gfischer@atg.state.il.us