UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ZAKII WAHIID, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08-637 |
| TERRY MCCANN, Warden, | ) ) | The Honorable William T. Hart, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:  Zakii Wahiid, #K52467
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434.

PLEASE TAKE NOTICE that on Wednesday, July 30, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable William T. Hart, who sits in Courtroom 2243, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

July 23, 2008

Respectfully submitted,
LISA MADIGAN
Attorney General of Illinois

By:   s/ Garson Fischer
     GARSON FISCHER, Bar # 6286165
     Assistant Attorney General
     100 West Randolph Street, 12th Floor
     Chicago, Illinois 60601-3218
     TELEPHONE: (312) 814-2566
     FAX: (312) 814-2253
     E-MAIL: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 23, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Zakii Wahiid, #K52467
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

              LISA MADIGAN
              Attorney General of Illinois

      By:  s/ Garson Fischer
          GARSON FISCHER, Bar # 6286165
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-2566
          FAX: (312) 814-2253
          E-MAIL: gfischer@atg.state.il.us