# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Zakii Tawwab Wahiid

                       Plaintiff,

v.                                                  Case No.: 1:08−cv−00637
                                                   Honorable William T. Hart

Terry McCann

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/30/2008 is stricken. Respondent's motion for extension of time to 8/23/2008 to answer or otherwise plead to the petition for writ of habeas corpus [20] is granted. Status hearing reset to 8/27/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.