UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zakii Tawwab Wahiid
  Petitioner

v.

Terry McCann
  Respondent

**FILED**
AUG 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08-637

The Honorable
William T. Hart
Judge Presiding

### Motion For Appointment of Counsel

The undersigned Petitioner, Zakii Tawwab Wahiid, respectfully moves this Court, pursuant to Ill. Rev. Stat., Ch. 34, Sec. 5604, to appoint counsel for him in this cause.

1) I have been incarcerated continously since Sept. 25, 2009 and am presently held in custody and residing at the Stateville Corr. Center in Joliet, Ill., County of Will.

2) I am without sufficient income or assets with which to employ an attorney to represent me in this matter.

3) I am without the service of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

4) I have a constitutional right to access to the Court and without the assistance of counsel, my access to the courts will not be adequate, effective, or meaningful because

A) My educational level is not that of an actual attorney.

B) Institution is on lockdown, I'm in Segregation and I don't have access to law library, for more factual and legal material needed to prove my allegation.

C) See Tedder v. Fairman, 441 N.E.2d 31 (1982), Doherty v. Caisley, 470 N.E.2d 319 (1984).

5) This matter concerns the duration and condition of my confinement.

6) My claim in this matter is not frivolous or maliciously, but is colorable and meritorious.

1.

WHEREFORE PETITIONER, ZAKII TAWWAB WAHIID, RESPECTFULLY REQUESTS THAT COUNSEL BE APPOINTED TO HIM IN THIS MATTER.

Zakii Tawwab Wahiid
ZAKII TAWWAB WAHIID
K52467
P.O. Box 112
Joliet, ILL. 60434
PETITIONER, PRO SE

## VERIFICATION OF CERTIFICATION

I, ZAKII TAWWAB WAHIID, THE UNDERSIGNED, CERTIFY AND STATE:
1) I AM THE PETITIONER IN THE ABOVE CAPTIONED LEGAL MATTER;
2) I HAVE READ THE FOREGOING APPLICATION AND HAVE KNOWLEDGE OF ITS CONTENTS;
AND
3) UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO SEC. 1-109 OF THE CODE OF CIVIL PROCEDURE; I CERTIFY THAT THE STATEMENTS SET FORTH IN THE FOREGOING MOTION AND THIS AFFIDAVIT ARE TRUE AND CORRECT EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND AS TO SUCH MATTERS I CERTIFY THAT I BELIEVE THE SAME TO BE TRUE.

DATE: July 30, 2008         Zakii Tawwab Wahiid

2.