UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ZAKII WAHIID, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 637 |
| TERRY MCCANN, Warden, | ) ) | The Honorable William T. Hart, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

Respondent TERRY MCCANN, Warden of Stateville Correctional Center, hereby moves this Honorable Court for a fourteen (14) day extension of time to answer or otherwise plead to the instant petition for writ of habeas corpus, from August 23, 2008, to and including September 6, 2008. An affidavit supporting this motion is attached.

August 19, 2008                              Respectfully submitted,

                                            LISA MADIGAN
                                            Attorney General of Illinois

By:   s/ Garson Fischer
      GARSON FISCHER, Bar # 6286165
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      TELEPHONE: (312) 814-2566
      FAX: (312) 814-2253
      E-MAIL: gfischer@atg.state.il.us

State of Illinois    )

                      ) SS.

County of Cook    )

## AFFIDAVIT

GARSON FISCHER, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Illinois Attorney General assigned to handle this matter.

2. That on December 17, 2007, petitioner filed the instant habeas petition in the United States District Court for the Southern District of Illinois. On January 14, 2008, that court transferred the case to the United States District Court for the Northern District of Illinois. On January 30, 2008, this Court received the instant petition.

3. That respondent, Terry McCann, was ordered to respond to the instant federal habeas corpus petition on or before June 24, 2008, by this Court's order of June 4, 2008.

4. That affiant was assigned to this case on June 9, 2008.

5. That respondent's response is due on or before August 23, 2008.

6. That despite due diligence, your affiant will be unable to file a response on behalf of respondent by August 23, 2008.

7. That this is respondent's third, and final, request for an extension of time to answer or otherwise plead to the instant petition for writ of habeas corpus.

8. That your affiant has missed extensive work time since July 24, 2008 due to an on-going medical emergency involving affiant's wife. That emergency has been resolved following surgery on August 15, 2008.

9. That your affiant also has primary responsibility for the following matters:

- *People v. Ross*, 91 CR 22976, Circuit Court of Cook County;

- *People v. Grant*, 96 CF 234, Circuit Court of Kankakee County; and

- *Kliner v. McCann*, 08 C 3134, United States District Court for the Northern District of Illinois.

10. Due to budget and personnel cuts, no other Assistant Illinois Attorney General was available to handle this matter. The Criminal Appeals division's staff has been reduced by five attorneys, and the office is subject to a hiring freeze.

11. That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

12. That respondent respectfully request that this Honorable Court grant his fourteen (14) day motion for an extension of time to and including September 6, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

/s/ Garson Fischer_____
GARSON FISCHER

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2008, I electronically filed respondent's **Motion for an Extension of Time** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Zakii Wahiid, #K52467
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

                                                  LISA MADIGAN
                                                  Attorney General of Illinois

By:    <u>s/ Garson Fischer</u>
          GARSON FISCHER, Bar # 6286165
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-2566
          FAX: (312) 814-2253
          E-MAIL: gfischer@atg.state.il.us