UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>ZAKII WAHIID, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 637 |
| TERRY MCCANN, Warden, | ) <br> ) | The Honorable<br>William T. Hart, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

TO:   Zakii Wahiid, #K52467
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

    PLEASE TAKE NOTICE that on Wednesday, September 3, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable William T. Hart, who sits in Courtroom 2243, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

| | | |
|---|---|---|
| August 19, 2008 | | Respectfully submitted,<br>LISA MADIGAN<br>Attorney General of Illinois |
| | By: | s/ Garson Fischer<br>GARSON FISCHER, Bar # 6286165<br>Assistant Attorney General<br>100 West Randolph Street, 12th Floor<br>Chicago, Illinois 60601-3218<br>TELEPHONE: (312) 814-2566<br>FAX: (312) 814-2253<br>E-MAIL: gfischer@atg.state.il.us |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 19, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Zakii Wahiid, #K52467
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

                                                    LISA MADIGAN
                                                    Attorney General of Illinois

By:    <u>s/ Garson Fischer</u>
            GARSON FISCHER, Bar # 6286165
            Assistant Attorney General
            100 West Randolph Street, 12th Floor
            Chicago, Illinois 60601-3218
            TELEPHONE: (312) 814-2566
            FAX: (312) 814-2253
            E-MAIL: gfischer@atg.state.il.us