UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ZAKII WAHIID, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 637 |
| TERRY MCCANN, Warden, | ) ) | The Honorable William T. Hart, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

TO:    Zakii Wahiid, #K52467
        Stateville Correctional Center
        Route 53
        P.O. Box 112
        Joliet, Illinois 60434.

      PLEASE TAKE NOTICE that on Wednesday, September 17, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable William T. Hart, who sits in Courtroom 2243, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION TO DISMISS, a copy of which is hereby served upon you.

September 4, 2008                          Respectfully submitted,
                                                    Lisa Madigan
                                                    Attorney General of Illinois

                                  By:    s/ Garson Fischer
                                               Garson Fischer, Bar # 6286165
                                               Assistant Attorney General
                                               100 West Randolph Street, 12th Floor
                                               Chicago, Illinois 60601-3218
                                               Telephone: (312) 814-2566
                                               Fax: (312) 814-2253
                                               E-mail: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 4, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Zakii Wahiid, #K52467
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

              LISA MADIGAN
              Attorney General of Illinois

     By: <u>s/ Garson Fischer</u>
        GARSON FISCHER, Bar # 6286165
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601-3218
        TELEPHONE: (312) 814-2566
        FAX: (312) 814-2253
        E-MAIL: gfischer@atg.state.il.us